IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY MCLEOD, | * |
| Plaintiff, | * |
| v. | Case No.  7:22-CV-28(HL) |
| | * |
| MIKE DEWEY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of May, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk